# EXHIBIT B

Non-limiting example of infringement based on information presently available

## Kephart Consulting, LLC v. Clearview AI.
## Infringement Chart for U.S. Patent No. 10,796,137

| U.S. Patent No. 10,796,137 | Clearview AI |
|---|---|
| 1. A system for providing security, the system comprising: | Clearview AI is a privately-owned, U.S. based company, it provides Clearview AI which is a system (platform) for providing security.<br><br>**PRODUCT**<br><br>**INTELLIGENCE PLATFORM**<br><br>Clearview AI is a revolutionary intelligence platform, powered by facial recognition, and designed to support law enforcement and government agencies in their shared mission to keep communities safe. Agencies utilize Clearview AI's collection of 50+ billion open-source images, including social media posts, personal and professional websites, news articles, online mugshots and other criminal databases, public record sites and thousands of other open sources, to generate leads and accelerate investigations.<br><br>With the largest volume of non-traditional data, the most powerful search tools available, and industry-leading compliance, Clearview AI reveals what no one else can: leads, insights, and relationships. These insights, when supported by other evidence, help law officials accurately and rapidly identify suspects, protect victims, and keep communities safe.<br><br>**KEY FIGURES**<br><br>**#1** Facial recognition solution on the market with **3100+ agencies who trialed or procured**<br><br>**50+ BILLION** Images in our database — the largest in the world by far<br><br>**99.85+%** Accuracy for **Picking a Photo Out of a Lineup of 12 Million*** <br>* Source: NIST FRVT 1:1 Verification, October 2021<br><br>**Source:** https://app.hubspot.com/documents/6595819/view/640216868?accessId=a02cbe |
| [1A] at least one camera configured to capture a | Clearview AI needs to intake image, thus it needs at least one camera configured to capture a photographic image of a person in view of the at least one camera. |

Non-limiting example of infringement based on information presently available

| U.S. Patent No. 10,796,137 | **Clearview AI** |
|---|---|
| photographic image of a person in view of the at least one camera; and | **HOW IT WORKS**<br><br><br><br>**1** Probe image is uploaded and required intake form (case number and crime type) is completed<br><br>**Source:** https://app.hubspot.com/documents/6595819/view/640216868?accessId=a02cbe |
| [1B] a computer circuit configured to: | Clearview AI needs to intake image, thus it needs a computer circuit configured to receive the captured photographic image of the t person in view of at least one camera person in view of at least one camera. |

Non-limiting example of infringement based on information presently available

| U.S. Patent No. 10,796,137 | Clearview AI |
|---|---|
| receive the captured photographic image of the person in view of at least one camera, | **HOW IT WORKS**<br><br><br><br>**1** Probe image is uploaded and required intake form (case number and crime type) is completed<br><br>**Source:** https://app.hubspot.com/documents/6595819/view/640216868?accessId=a02cbe |
| [1C] transmit the captured photographic image of the person in view of the at least one camera for a process to be performed for comparing the captured | Clearview AI needs to ransmit the captured photographic image of the person in view of the at least one camera for a process to be performed |

Non-limiting example of infringement based on information presently available

| U.S. Patent No. 10,796,137 | Clearview AI |
|---|---|
| photographic image of the person in view of the at least one camera to facial images of persons of interest included in a database to detect a likely match, | <br><br>**Source:** https://app.hubspot.com/documents/6595819/view/640216868?accessId=a02cbe<br><br>Clearview AI compares the captured photographic image of the person in view of the at least one camera to facial images of persons of interest included in a database to detect a likely match. |

Non-limiting example of infringement based on information presently available

| U.S. Patent No. 10,796,137 | **Clearview AI** |
|---|---|
| | Source: https://app.hubspot.com/documents/6595819/view/640216868?accessId=a02cbe |

Non-limiting example of infringement based on information presently available

| U.S. Patent No. 10,796,137 | Clearview AI |
|---|---|
| | <br><br>Source: https://app.hubspot.com/documents/6595819/view/326059615?accessId=99e306 |
| [1D] receive an alert that the person in view of the at least one camera is a person of interest in response to a detection of the likely match between the captured photographic image of the person in view of the at least one camera and a facial image of the person of interest, and | Clearview AI receives an alert that the person in view of the at least one camera is a person of interest in response to a detection of the likely match between the captured photographic image of the person in view of the at least one camera and a facial image of the person of interest , |

| U.S. Patent No. 10,796,137 | **Clearview AI** |
|---|---|
| | Source: https://app.hubspot.com/documents/6595819/view/454213073?accessId=c85a92 |
| [1E] control to alert at least one of one or more law enforcement officers or one or more security personnel of the detection of the likely match between the captured photographic image of the person in view of the at least one camera and the facial image of the person of interest, | Clearview AI controls to alert at least one of one or more law enforcement officers or one or more security personnel of the detection of the likely match between the captured photographic image of the person in view of the at least one camera and the facial image of the person of interest<br><br>Source: https://app.hubspot.com/documents/6595819/view/454213073?accessId=c85a92 |

Non-limiting example of infringement based on information presently available

| U.S. Patent No. 10,796,137 | **Clearview AI** |
|---|---|
| | . |
| [1F] wherein the system is controlled by a first party and the database is controlled by a second party. | Face matching system is controlled by a first party ( a party who use the Clearview AI platform ) and the database is controlled by a second party (*millions of domain names*). <br><br><br><br> **DATABASE** <br><br> **DATA** <br><br> Clearview AI has a proprietary open-web crawling algorithm which has collected data from millions of domain names, an achievement that other vendors in the facial recognition space have not been able to replicate. Clearview AI is the only company on the market with billions of faces in a database with near perfect accuracy. Because of this, Clearview Search is patent-pending. <br><br> Source: https://app.hubspot.com/documents/6595819/view/640216868?accessId=a02cbe |

Non-limiting example of infringement based on information presently available

| U.S. Patent No. 10,796,137 | Clearview AI |
|---|---|
| | <br><br>Source: https://app.hubspot.com/documents/6595819/view/640216868?accessId=a02cbe |

Non-limiting example of infringement based on information presently available

| U.S. Patent No. 10,796,137 | **Clearview AI** |
|---|---|
| | Source: https://app.hubspot.com/documents/6595819/view/640216868?accessId=a02cbe |
| | |
| 12. A method for providing security, the method comprising: | Clearview AI provides a method for providing security. |

Non-limiting example of infringement based on information presently available

| U.S. Patent No. 10,796,137 | **Clearview AI** |
|---|---|
| | **PRODUCT**<br><br>**INTELLIGENCE PLATFORM**<br><br>Clearview AI is a revolutionary intelligence platform, powered by facial recognition, and designed to support law enforcement and government agencies in their shared mission to keep communities safe. Agencies utilize Clearview AI's collection of 50+ billion open-source images, including social media posts, personal and professional websites, news articles, online mugshots and other criminal databases, public record sites and thousands of other open sources, to generate leads and accelerate investigations.<br><br>With the largest volume of non-traditional data, the most powerful search tools available, and industry-leading compliance, Clearview AI reveals what no one else can: leads, insights, and relationships. These insights, when supported by other evidence, help law officials accurately and rapidly identify suspects, protect victims, and keep communities safe.<br><br>**KEY FIGURES**<br><br>**#1**<br>Facial recognition solution on the market with 3100+ agencies who trialed or procured<br><br>**50+ BILLION**<br>Images in our database — the largest in the world by far<br><br>**99.85+%**<br>Accuracy for **Picking a Photo** Out of a Lineup of **12 Million***<br><br>* Source: NIST FRVT 1:1 Verification, October 2021<br><br>**Source:** https://app.hubspot.com/documents/6595819/view/640216868?accessId=a02cbe |
| [12A] receiving a photographic image captured by at least one camera of a person in view of the at least one camera; | Clearview AI needs to intake image, thus it needs receiving a photographic image captured by at least one camera of a person in view of the at least one camera |

Non-limiting example of infringement based on information presently available

| U.S. Patent No. 10,796,137 | **Clearview AI** |
|---|---|
| | **Source:** https://app.hubspot.com/documents/6595819/view/640216868?accessId=a02cbe |
| [12B] transmitting the captured photographic image of the person in view of the at least one camera for a process to be performed for comparing the captured photographic image of the person in view of the at least one camera to facial images of | Clearview AI needs to ransmit the captured photographic image of the person in view of the at least one camera for a process to be performed |

Non-limiting example of infringement based on information presently available

| U.S. Patent No. 10,796,137 | **Clearview AI** |
|---|---|
| persons of interest included in a database to detect a likely match; | <br><br>**Source:** https://app.hubspot.com/documents/6595819/view/640216868?accessId=a02cbe<br><br>Clearview AI compares the captured photographic image of the person in view of the at least one camera to facial images of persons of interest included in a database to detect a likely match. |

Non-limiting example of infringement based on information presently available

| U.S. Patent No. 10,796,137 | Clearview AI |
|---|---|
| | <br><br>Source: https://app.hubspot.com/documents/6595819/view/640216868?accessId=a02cbe |

Non-limiting example of infringement based on information presently available

| U.S. Patent No. 10,796,137 | **Clearview AI** |
|---|---|
| | Source: https://app.hubspot.com/documents/6595819/view/326059615?accessId=99e306 |
| [12C] receiving an alert that the person in view of the at least one camera is a person of interest in response to a detection of the likely match between the | Clearview AI receives an alert that the person in view of the at least one camera is a person of interest in response to a detection of the likely match between the captured photographic image of the person in view of the at least one camera and a facial image of the person of interest , |

Non-limiting example of infringement based on information presently available

| U.S. Patent No. 10,796,137 | Clearview AI |
|---|---|
| captured photographic image of the person in view of the at least one camera and a facial image of the person of interest; and | <br><br>Source: https://app.hubspot.com/documents/6595819/view/454213073?accessId=c85a92 |
| [12D] alerting at least one of one or more law enforcement officers or one or more security personnel of the detection of the likely match between the captured photographic image of the person in view of the at least one camera and the facial image of the person of interest, | Clearview AI controls to alert at least one of one or more law enforcement officers or one or more security personnel of the detection of the likely match between the captured photographic image of the person in view of the at least one camera and the facial image of the person of interest<br><br><br><br>Source: https://app.hubspot.com/documents/6595819/view/454213073?accessId=c85a92 |

Non-limiting example of infringement based on information presently available

| U.S. Patent No. 10,796,137 | **Clearview AI** |
|---|---|
| [12E] wherein the at least one camera is controlled by a first party and the database is controlled by a second party. | Face matching system is controlled by a first party ( a party who use the Clearview AI platform ) and the database is controlled by a second party (*millions of domain names*).<br><br>**DATABASE**<br><br>**DATA**<br><br>Clearview AI has a proprietary open-web crawling algorithm which has collected data from millions of domain names, an achievement that other vendors in the facial recognition space have not been able to replicate. Clearview AI is the only company on the market with billions of faces in a database with near perfect accuracy. Because of this, Clearview Search is patent-pending.<br><br>Source: https://app.hubspot.com/documents/6595819/view/640216868?accessId=a02cbe |

Non-limiting example of infringement based on information presently available

| U.S. Patent No. 10,796,137 | Clearview AI |
|---|---|
| | <br><br>Source: https://app.hubspot.com/documents/6595819/view/640216868?accessId=a02cbe |

Non-limiting example of infringement based on information presently available

| U.S. Patent No. 10,796,137 | **Clearview AI** |
|---|---|
| | <br><br>Source: https://app.hubspot.com/documents/6595819/view/640216868?accessId=a02cbe |